MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| JIAN BIN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual; COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00544-JAD-EJY<br><br>**Stipulation and Order to Remand Case Back to Eighth Judicial District Court**<br><br>ECF No. 8 |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that this case be remanded back to the Eighth Judicial District Court due to Plaintiff's damages being capped at $75,000.00.

DATED this 19th day of April, 2023.            DATED this 19th day of April, 2023.

LIN LAW GROUP                                             OLSON CANNON GORMLEY & STOBERSKI

*/s/ Ngoc Phan, Esq.*                                         */s/ Michael A. Federico, Esq.*

NGOC PHAN, ESQ.                                         MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 15453                                    Nevada Bar No.: 005946
5288 Spring Mountain Rd., Ste. 103           9950 West Cheyenne Avenue
Las Vegas, Nevada 89146                            Las Vegas, Nevada 89129
Attorney for Plaintiff                                       Attorney for Defendant

1

*Bin v. Costco*
Case No.:  2:23-cv-00544-JAD-EJY
Stipulation and Order

# ORDER REMANDING CASE BACK TO THE EIGHTH JUDICIAL DISTRICT COURT

Based on the parties' stipulation [ECF No. 8] and because it appears that this court lacks jurisdiction over this action, IT IS HEREBY ORDERED that the Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court, Case Number A-23-867622-C, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 21, 2023

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
*Costco Wholesale Corporation*

2